**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7243**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HUBERT DOWNER, a/k/a Doc,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:11-cr-00050-SAG-2)

_____

Submitted:  May 23, 2023                          Decided:  May 26, 2023

_____

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hubert Downer, Appellant Pro Se.  Paul Michael Cunningham, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hubert Downer appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) renewed motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. *United States v. Downer*, No. 1:11-cr-00050-SAG-2 (D. Md. Oct. 6, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*